UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY RAY HINSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-4382 |
| M/V CHIMERA, ITS ENGINES, TACKLE, FURNITURE, EQUIPMENT, APPAREL, ETC., *IN REM* | SECTION "N" (3) |

## ORDER AND REASONS

Presently before the Court is the "Motion to Exclude Expert Testimony of James Swan" that was filed by United Leasing Corporation ("ULC"), United Leasing Marine, LLC ("ULM"), and Sophlex Gulf Shipping, LLC ("Sophlex") (collectively "Defendants") (Rec. Doc. 28). **IT IS ORDERED** that the motion is **DENIED**. At trial, Plaintiffs will be expected to lay a proper foundation for Mr. Swan's testimony. That foundation, unless a stipulation can be reached, must include Mr. Swan's qualifications and the factual basis for his testimony. The other objections raised in Defendants' motion regarding Mr. Swan's testimony – including his alleged bias associated with his position as the managing member and owner of Plaintiff Swan Marine Operators – may be addressed at trial by means of vigorous cross-examination and objection.[1] Finally, regarding the

---

[1] Although alone not determinative, that trial in this matter is to be by the Court, rather than by a jury, provides additional support for this conclusion.

information required to be disclosed by experts under Federal Rule of Civil Procedure 26, Mr. Swan is to promptly disclose the amount, if any, to be paid for his testimony and/or analysis in this matter if Defendants have not already been provided with that information.

New Orleans, Louisiana, this 18th day of September 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**